**August HEBERT, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 86–3209**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 19, 1986.

T. Peter Breslin, Edward Downing, III, Metairie, La., for plaintiff-appellant.

---

**1.** *Beach Robo, Inc., et al. v. Crown Central Petroleum Corporation,* 236 Va. ——, 372 S.E.2d 144 (1988).

Glenn K. Schreiber, Asst. U.S. Atty., John Volz, U.S. Atty., New Orleans, La., for defendant-appellee.

Before RUBIN, JOHNSON and JONES, Circuit Judges.

PER CURIAM:

The judgment of the district court is AFFIRMED pursuant to Fifth Circuit Local Rule 47.6. *Berry v. Holston Well Service, Inc.*, 488 So.2d 934 (La.1986), cited by appellant, does not modify the rule of *Klohn v. Louisiana Power & Light*, 406 So.2d 577 (La.1981), or *Thomas v. Calavar Corp.*, 679 F.2d 416 (5th Cir.1982), which analyze the statutory employer status of government entities.